# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00279-PMP-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GERMAN A. POSADA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER TO RELEASE PASSPORT

The Court having considered the motion filed by Defendant GERMAN POSADA and the Government having no objection thereto, and good cause appearing,

**IT IS HEREBY ORDERED** that, upon Defendant GERMAN POSADA's surrendering to the designated Bureau of Prison facility, Pretrial Services shall release his passport to EVA ANDRADE.

DATED this 23rd day of May, 2012.

_____
PHILIP M. PRO
United States District Judge
District of Nevada